

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|                        |   |                       |
|------------------------|---|-----------------------|
|                        | § |                       |
| IN RE: MAX GROSSMAN,    | § | No. 08-17-00199-CV    |
| Relator.               | § | AN ORIGINAL PROCEEDING |
|                        | § | IN INJUNCTION         |
|                        | § |                       |
|                        | § |                       |
|                        | § |                       |

**<u>ORDER</u>**

The Court, on its own motion, vacates the November 16, 2017 submission setting.

IT IS SO ORDERED this 25th day of October, 2017.


PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.